IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| TYRONE HILL, | No. 3:11-cv-01034 |
|---|---|
| Plaintiff, | (Judge Mariani) |
| v. | |
| JON D. FISHER, et al., | |
| Defendants. | |

**ORDER**

**AND NOW, THIS 29TH DAY OF AUGUST, 2019,** in accordance with the accompanying memorandum, it is hereby **ORDERED** that Hill's motion to appoint counsel (Doc. 142) is **DENIED**.

BY THE COURT:

Robert D. Mariani
United States District Judge