IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYRONE HILL, | No. 3:11-cv-01034 |
| Plaintiff, | (Judge Mariani) |
| v. | |
| JON D. FISHER, et al., | |
| Defendants. | |

## ORDER

September 25, 2019

In accordance with the accompanying memorandum, it is hereby **ORDERED** that:

1. Hill's motion for sanctions for civil contempt (Doc. 132) is **GRANTED**; and

2. Kauffman shall pay Hill the sum of $500.00 (five hundred dollars) to compensate Hill for the breach of the Order. Such payment shall be made within 60 days of the date of this Order.

BY THE COURT:

Robert D. Mariani
United States District Judge